PROVIDED TO SANTA
ROSA C.I. ON

JUN 2 4 2012

FOR MAILING

### UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA _____ DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

Aaron Brookins _____ ,

Inmate # T23789 _____ .
  (Enter full name of Plaintiff)

vs.

Warden R. Tifft et al. _____ ,

_____ ,

_____ ,

_____ ,

_____ .

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

CASE NO: 3:12 CV 318 RV/EMT
  (To be assigned by Clerk)

### ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

## I.    PLAINTIFF:

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff:    Aaron Brookins
Inmate Number        T23789
Prison or Jail:       Prison
Mailing address:     Santa Rosa C.I.
                     5850 East Milton Road
                     Milton, Florida 32583-7914

## II.    DEFENDANT(S):

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1)    Defendant's name:    R. Tifft
       Official position:    Warden
       Employed at:         Santa Rosa C.I.
       Mailing address:     5850 East Milton Road
                            Milton, Florida 32583

(2)    Defendant's name:    J.W. Williams
       Official position:    Officer
       Employed at:         Santa Rosa C.I.
       Mailing address:     5850 East Milton Road
                            Milton, Florida 32583

(3)    Defendant's name:    C. Brennan
       Official position:    Officer
       Employed at:         Santa Rosa C.I.
       Mailing address:     5850 East Milton Road
                            Milton, Florida 32583

## ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS

2

Continue II. DEFENDANT(S):

4). T. Evans
   Nurse
   Santa Rosa C.I.
   5850 East Milton Road
   Milton, Florida 32583

5). Lingo
   Officer
   Santa Rosa C.I.
   5850 East Milton Road
   Milton, Florida 32583

C). E. Stine
   Secretary, ███████████████████
   Florida Department of Corrections
   501 South Calhoun Street
   Tallahassee, Florida 32399

7). R.F. Caldwell
   Classification
   Santa Rosa C.I.
   5850 East Milton Road
   Milton, Florida 32583

8). G.R. Byrd
   Lieutenant
   Santa Rosa C.I.
   5850 East Milton Road
   Miltion, Florida 32583

3

## II. Continue Defendant(s):

9). J. Demoret
   Officer
   Santa Rosa C.I.
   5850 East Milton Road
   Milton, Florida 32583

10). S. Knight
   Officer
   Santa Rosa C.I.
   5850 East Milton Road
   Milton, Florida 32583

11). R. Burch
   Sergeant
   Santa Rosa C.I.
   5850 East Milton Road
   Milton, Florida 32583

12). John Doe
   Sergeant
   Santa Rosa C.I.
   5850 East Milton Road
   Milton, Florida 32583

4

## III.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

## IV.  PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE.  IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A.   Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes(  )                          No(X)

1.   Parties to previous action:
(a)   Plaintiff(s): _____

(b)   Defendant(s): _____

2.   Name of judge: _____     Case #: _____

3.   County and judicial circuit: _____

4.   Approximate filing date: _____

5.   If not still pending, date of dismissal: _____

6.   Reason for dismissal: _____

7.   Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list state court cases.)**

B.   Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes(X)                          No(  )

1.   Parties to previous action:
a.   Plaintiff(s): Aaron Brookins _____

b.   Defendant(s): David Gee, Et. al., _____

2.   District and judicial division: Middle District and Tampa Division

3.   Name of judge: Elizabeth A. Kovachevich Case #: 8:08-CV-01429

4.   Approximate filing date: 07-24-2008 _____

5.   If not still pending, date of dismissal: 11-24-2009 _____

6.   Reason for dismissal: Terminated _____

**5**

7.    Facts and claims of case: _N/A_____

_____

**(Attach additional pages as necessary to list other federal court cases.)**

C.   Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes(✗)                    No(  )

If YES, describe each action in the space provided below.  If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1.    Parties to previous action:
      a.    Plaintiff(s): _Aaron Brookins_____
      b.    Defendant(s): _David Gee, Et.al.,_____

2.    District and judicial division: _Middle District and Tampa Division_

3.    Name of judge: _N/A_____   Case #: _8:10-CV-01050-RAL-TBM_

4.    Approximate filing date: __N/A_____

5.    If not still pending, date of dismissal: _N/A_____

6.    Reason for dismissal: _N/A_____

7.    Facts and claims of case: _False imprisonment_____

_____

**(Attach additional pages as necessary to list cases.)**

D.   Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service?  If so, identify each and every case so dismissed:

Yes(  )                    No(✗)

1.    Parties to previous action:
      a.    Plaintiff(s): _____
      b.    Defendant(s): _____

2.    District and judicial division: _____

3.    Name of judge: _____   Case Docket # _____

4.    Approximate filing date: _____   Dismissal date: _____

5.    Reason for dismissal: _____

6

6. Facts and claims of case: __N/A_____

**(Attach additional pages as necessary to list cases.)**

## V.   STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

1) At all times relevant to this case, Plaintiff Aaron Brookins, and Jean Saint Fleur shared a cell on F-Dormitory (F1-210).

2) Each defendant is sued individually and in his or her Official Capacity. At all times Mentioned in this complaint Each defendant acted under the color of State law.

3) On November 19, 2011 Defendant's Williams, J.W.; C. Brennan, and T. Evans Entered F-Dormitory to serve medication upon information and belief, that Florida Department of Corrections Policy dictated that officer have to be Present and Escort Medical Staff to serve Prisoner their medication.

4) On November 19, 2011, while a prisoner (inmate) in Florida Department of Corrections (Santa Rosa Correctional Institution) Plaintiff Civil and Constitutional Rights were violated, when both subordinates (Williams, J.W., and C. Brennan) acting under the color of State Law, negligently, did in fact place Plaintiff Brookins life in Jeopardy [danger], Subjected Plaintiff Brookins to several Physical injury, head injury, invisinent danger, and emotional distress.

After both defendants noticing an Conflict between Plaintiff Brookins and his cellmate Jean Saint Fleur who where being belligerent and hostile towards Plaintiff Brookins and requesting defendants Williams, J.W.; C. Brennan; and T. Evans to walk away so he could beat down Plaintiff Brookins. Both defendants (Williams, J.W.; C. Brennan) only requested that the inmate calm down and take

**7**

## V. Continue Statement Of Facts:

his Medication, so they could Continue to serve Medication. An unknown officer stated, ("Once we leave you could do what you want"). Plaintiff Brookins requested to be moved out of the cell and was denied. Upon information and belief, an unknown officer said inmate Jean Saint Fleur not going to take his Medication, he refuse to sign the refusal, and they not fighting yet. All three employee's of Florida Department of Corrections ignored the situation and walked away. After Jean Saint Fleur requested for the defendants to leave so he could harm Plaintiff Brookins, soon as employee's walked away Plaintiff Brookins was attacked (hit several times in the face and ribs) by inmate Jean Saint Fleur. Plaintiff Brookins grabbed inmate Jean Saint Fleur holding him screaming for help.

Plaintiff Brookins was placed in fear, unprotected, and insecure for 10 to 15 Minutes (feared, unprotected, insecure from the time the three defendant had acknowledgement of the conflict until Plaintiff was safely secured) before an unknown officer open the hand cuffing Portal Flap and started utilizing chemical Agents Capstun Pepper Spray. Spraying Plaintiff Brookins in the face and Mouth, why Plaintiff screaming for help. Subjected Plaintiff Brookins to several Physical injury, head injury, imminent danger, and Emotional distress.

5). On November 19, 2011 by witnessing defendant Nurse T. Evans was Escorting around to serve inmates their Medication. Upon information and belief, inmate Jean Saint Fleur became belligerent and hostile towards Plaintiff Brookins, with his hands up wanted to fight, Nurse T. Evans tried to serve inmate Saint Fleur his Medication. Upon information and belief, telling inmate Saint Fleur to calm down and take his Medication. Upon information and belief, inmate Saint Fleur kept saying, ("go away cause I find to beat the shit out of this nigga, just go away.") Nurse T. Evans told inmate Saint Fleur to calm down and take his Medication. Upon information and belief, an unknown officer stated, ("he's not going to take his Medication, and he refuse to sign the refusal form, and they not fighting yet.") And walked away.

Plaintiff Brookins witness defendant T. Evans by witnessing defendants S.W. Williams, and C. Brennan illegal actions, failing to correct the Misconduct, and

8

## V. Continue Statement of Facts:

Encouraging the Continuation of the misconduct, upon information and belief, by Placing Plaintiff Brookins life in danger, and not securing Plaintiff Brookins after haven acknowledgement of an verbal altercation with another inmate who being belligerent and hostile requesting to harm Plaintiff Brookins.

6) During the time said Violation-November 19,2011, upon information and belief, both Secretary E. Stine, and Warden R. Tifft were/are ultimate Authorities of Santa Rosa Correctional Institution. Upon information and belief, Secretary E. Stine and Warden R. Tifft both were/are responsable for the action of their Subordinates. Therefore, Warden R. Tifft and Secretary E. Stine both Ultimate Violated Plaintiffs Civil and Constitutional Rights for not providing their Employees with Professional Training and to make sure all Rules and regulations under Florida Department of Corrections be followed as printed by Law. Subjected Plaintiff Brookins to several Physical injury, head injury, imminent danger, and Emotional distress.

7) Upon information and belief, during the violation of Florida Department of Corrections Employee's (Williams J.W.; C.Brennan; T.Evans). Warden R. Tifft and Secretary E. Stine both Participated directly in alleged Constitutional violation, warden R. Tifft and Secretary E. Stine, after being informed of violation through reports, grievance's, and Appeal's, failed to remedy wrong, upon information and belief warden R. Tifft, and Secretary E. Stine both created Policy or Custom under which Constitutional Practices occurred, or allowed continuance of such Policy or Custom, warden R. Tifft and Secretary E. Stine was grossly negligent their Supervising Subordinates who committed wrongful act, and warden R. Tifft, and Secretary E. Stine Exhibited deliberated to rights of Plaintiff Brookins by failing to act on information indicating that unconstitutional acts were occurring subject Plaintiff Brookins to several Physical injury, head injury, imminent danger, and Emotional distress On November 19,2011 and all days, Months Place here at Santa Rosa Correctional.

9

## V. Continue Statement Of Facts:

8) On November 19, 2011, Defendant R. Tifft, is the warden of Santa Rosa Correctional Institution. He is legally responsible for the operation of Santa Rosa Correctional Institution and for the welfare of all the inmates in that Prison.

9) On November 19, 2011, Defendant E. Stine, is the secretary Administrator of Florida Department of Corrections. He is legally responsible for the operation of Santa Rosa Correctional Employees, Administrative, and make sure all rules and regulations are followed. And for the welfare of all the inmates in that Prison and other Prison as well.

10) On November 20, 2011, upon information and belief, defendant J.W. Williams at Approximately 20:34 pm wrote false disciplinary report as part of a Conspiracy to retaliate against Plaintiff and cover up his wrong doing and lack of profession govern by Law.

11) On November 19, 2011, Plaintiff asserted that Secretary E. Stine and warden R. Tifft, negligible were liable to Plaintiff Brookins under the doctrine of Supervisory liability because they failed (1) to Properly train and supervise their Subordinates; (2) to take adequate measures to cure the constitutional violations against Plaintiff Brookins, (3) illegally Placing Plaintiff as a gang member to stop him and his brother for Corresponding with each other.

12) On November 24, 2011, upon information and belief, defendant Limp at Approximately 11:40 pm denied Plaintiff to Provide Evidence upon his behalf of Claim to show his incident and official misconduct. Officer Limp Misleaded Plaintiff and Provided an unfair investigation Hearing to provide Evidence Video Tape to support his claim.

13) On November 29, 2011, upon information and belief, defendant Byrd, G.R. and Caldwell R.T. refuse to further investigate after Plaintiff notified Hearing Team member that he Personally requested that the Video Tape to be reviewed, and Evaluated.

## V. Continue Statement Of Facts:

14). On November 24, 2011 upon information and belief, defendant officer Lingo lied about nonexistence of written statement from defendant officer J.W. Williams and present extant exculpatory evidence.

15). On November 29, 2011 upon information and belief, defendant Team Chairman Caldwell, R.F., Team member Byrd, G.R. lied about non-existence of written statement from defendant officer J.W. Williams and present extant exculpatory evidence.

16). On November 29, 2011 upon information and belief, defendant's Team member Byrd, G.R., Chairman Caldwell, R.F. Prevented Plaintiff Brooking from introducing extant exculpatory material and "intentionally denied" Plaintiff the right to present evidence in his defense, upon information and belief, brief for Plaintiff ~~████████~~ alleged that Team member Caldwell, R.F., Byrd G.R., and investigator officer Lingo, failed to provide a written statement by officer J.W. Williams and evidence (Video Tape/camera) of the facts supporting the guilty finding against him, which Plaintiff requested on investigation, Team Hearing and in all Complaints, grievance, And Appeal's, which was denied.

17). On August 8, 2011 at approximately 10:55pm officer T. Demoret, and officer S. Knight negligence place Plaintiff life in danger by fabricating Doc's documents, by writing false Documents and Reports as part of a Conspiracy to retaliate against Plaintiff and his brother Demetrius Brooking upon to stop Correspondence with each other, Negligently Place Plaintiff and Demetrius Brooking life in Danger with gang members that are/is affiliated and active in a gang. Defendants knew and had acknowledge by Placing Plaintiff as a gang member he will be harm and attack by affiliation gang members.

18). Upon November 24, 2011 until filing this 42 3 1983 civil complaint, upon complaints, grievance, incident's, Appeal's defendant's warden R. Tifft, officer J.W. Williams, officer C. Brennan, Nurse T. Evans, officer Lingo, Secretary E. Stine, Classification

**11**

R.F. Caldwell, lieutenant G.R. Byrd, officer J. Demoret, officer S. Knight, Sergeant R. Burch denied and ignored every complaint, incidents, grievances, Appeal's, Disciplinary Hearing, Investigation Hearing, ▓▓▓▓ unconcern of Plaintiff Nonaffiliation in any gang activies, and wrote false documents, and reports. Lack of profession as part of Conspiracy to retaliate against Plaintiff to stop Corresponse with his brother and to cover up all wrong doings and lack of profession.

19). On November 19, 2011 at Santa Rosa Correctional Institution officer C. Brennan, officer J.W. Williams, and nurse T. Evans, failed to take any affirmative action to Protect Plaintiff from a Substantial risk of serious harm, from another inmate after requesting to be move out of the cell.

20). 2011 upon being housed and station at Santa Rosa Correction upon information and belief Plaintiff Brookins have been Physically attacked, Sexual Humiliated, Sexual assaulted, Harassed, Retaliated towards, Written Untruthful reports, Fabricated Disciplinary Reports, and Placing Plaintiff life in imminent danger. By Santa Rosa Corrections Employees and agents (R. Tifft, J.W. Williams, C. Brennan, T. Evans, Lingo, C. Stine, J. Demoret, S. Knight, R. Burch, and other official's) illegally Placing Plaintiff Brookins as a gang member and Exposure that Plaintiff Brookins was a Jailhouse Snitch. upon information and belief Plaintiff Brookins written Several complaints, grievance, request to Notified Authorities that hes Not no gang member and in fear of his life by officials ▓▓▓▓▓▓▓▓▓▓ Every documents Plaintiff Brookins filed to Authorities got shut down, denied, and Ignored.

June 24, 2012

12

Raron Brookin

## VI.   STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific.  Number each separate claim and relate it to the facts alleged in Section V.  **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

1). Defendant's Williams, J.W.; C.Brennan, and T.Evans routinely walked away from a verbal altercation and conflict between two prisoners. After one inmate requested the officer's walked away so he could harm Plaintiff Brookins, therefore, both defendant's fail to act when Plaintiff requested to be moved out of the cell before Official's walked away left Plaintiff unprotected, unsecured, Plaintiff Brookins was not violating any prison rules, and was not acting disruptively. towards nobody. Defendant's J.W. Williams; C. Brennan, T. Evans action violated Plaintiff Brookins rights under the Fourth, Eighth Amendment to United States Constitution, and Cause Plaintiff Brookins Pain, suffering, Physical injury, head injury, and

## VII.   RELIEF REQUESTED:

State briefly what relief you seek from the Court.  Do not make legal arguments or cite to cases/ statutes.

1). Compensatory damages in the amount $75,000 against defendant Jointly and severally.

2). Punitive damages in the amount $75,000 agaist defendant Jointly and Severally.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

_June 24, 2012_
(Date)

_Aaron Brookins_
(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the _24_ day of _June_ , 20 _12_ .

_Aaron Brookins_
(Signature of Plaintiff)

Revised 03/07

13

<u>VI. Continue Statement OF Claims:</u>

Emotional distress.



2) Defendant's J.w. Williams; C. Brennan routinely walked away from a verbal altercation, and conflict between two inmates. After one inmate requested the officer's to walk away so he could harm Plaintiff Brookins. Soon as both defendants walked away Plaintiff Brookins was attacked and in fear of his life, both defendant's failed to act when Plaintiff Brookins requested to be moved out of the cell before officials walked away left Plaintiff Brookins unprotected, unsecure. Defendant's Williams, J.w.; C. Brennan, T. Evans action violated Plaintiff rights under the Fourth, Eighth, Fifth, Fourteenth Amendment to the United States Constitution, and cause Plaintiff Brookins Pain, Suffering, Physical injury, head injury, & Emotional distress, and imminent danger.

3) Warden R. Tifft and Secretary E. Stine, Participated directly in alleged Constitutional Violation, defendant's J.w. Williams; C. Brennan, T. Evans Misconduct, after being informed of violation through reports, Appeals, failed to remedy wrong, Officials created Policy or custom under which unconstitutional Practices Occurred, or allowed continuance of such Policy or custom. Warden R. Tifft, and Secretary E. Stine was grossly negligent in supervising subordinates who committed wrongful act, and Warden R. Tifft, and Secretary E. Stine Exhibited deliberated indifference to rights of Prisoner [Plaintiff Brookins] by failing to act on information indicating that unconstitutional acts were Occurring. Defendant warden R. Tifft and Secretary E. Stine is also Violating Plaintiff Brookins Rights under the First, Fourth, Fifth, Eighth, Twelve-Section one, and Cause Plaintiff Brookins Pain, Suffering, Physical injury, head injury, Emotional distress, and imminent danger.

4) By witnessing defendant's J.w. Williams; C. Brennan illegal actions failing to Correct their Misconduct, and Encouraging the continuation of the Misconduct, defendant T. Evans is a witness, but untruthful, and Fabricated reports upon

14

## VI. Continue Statement of Claims:

Plaintiff Brookins behalf of defendants J.W. Williams; C. Brennan Violating Plaintiff Brookins rights under the Fourth, Eighth, Fourthteenth Amendment to the United States Constitution, and Cause Plaintiff Brookins Pain, suffering, Physical injury, head injury, and Emotional distress.

5) Defendant J.W. Williams conspired to Coarcet false charges to deprive Plaintiff of a fair hearing, and to subject Plaintiff to disciplinary action in retaliation for defendant's J.W. Williams; C. Brennan; T. Evans deliberate indifference, which both defendant knew that there was a Substantial Risk and Plaintiff would be harmed. Both defendant's failed to reply or respond reasonably to protect Plaintiff and to secure both Plaintiff and other prisoner. Plaintiff requested to be moved before he be harmed or in a physical altercation accure. Both defendant's J.W. Williams, C. Brennan; T. Evans walked away leaving Plaintiff in imminent danger in fear of his life. Facts issue defendant J.W. Williams fabricated and falsified reports (documents) to cover both defendants wrong doings and unprofessional lack of job duties unlawfully in violation of Plaintiff rights under the First, Fourth, Fifth, Eighth, Fourthteenth Amendment to the united States Constitution. These illegal actions are causing Plaintiff injuries to his First, Fourth, Eighth, Fourthteenth Amendment rights.

6) The Due Process and Equal Protection clauses of the Fourthteenth Amendment of the united States Constitution and Article I, section Two and Nine of the Florida Constitution.

7) The Petition Clause of the First Amendment of the united States Constitution and Article I, section Five of the Florida Constitution.

8) Plaintiff Brookins has No Plain, adequate or complete remedy at Law to redress the wrongs decribed herein, Plaintiff has been and will continue to be irreparably injured by the conduct of the defendant's unless this court grants the declaratory and relief which Plaintiff seeks.

15

9). Defendant's Lieutenant Byrd, C.R., Classification Cell Well, R.F. Officer Lingo lied about Non-existance of Written Witness Statement from J.W. Williams, and Present Extent Exculapatory Evidence [Video Tape]. U.S.C.A. Const. Amend. 14, 5, 8,

10). 42 U.S.C. § 12101-12213 (ADA).

11). 42 U.S.C. § 1981 & it's Florida Equivalent.

12). 42 U.S.C. § 1985 (3) & Florida Statute Section 777.04.

13). Article 1, Section Five, Three, Twelve, seventeenth, Twenty-on of the Florida Constitution.

14). Defendant officer J. Demoret, officer Stenight, warden R. Tifft Violated Plaintiff Rights under the First, Fourth, Eighth, Fourtheenth Amendment to the United States Constitution. Also Violation under Article 1, section Two, Five, Nine, Twelve, Seven of the Florida Constitution.

15). All defendant's Name in this 42 § 1983 Civil Complaint under law and treaties of the United States Violation of West's Florida Administrative Code Title 33. Department of Correction Chapter 33-103.006; 33-103.005; 33-103.004; 33-103.007; 33-601.309; 33-601.305; 33-601.302; 33-601.303; 33-208.00 2 (1)(2)(b),(6),(8), (10),(12),(16),(19),(22),(24). F.A.C. under govern by law.

16). Upon November 19, 2011 until filing this 42 § 1983 civil complaint. The defendant's officer J.W. Williams, officer C. Brennan, officer Lingo, Nurse T. Evans, Classification R.F. Caldwell, Lieutenant G.R. Byrd ____ made false Statements, Fabricated and ____ untruthful Upon Documents, and Reports, and witness Statements in Violation of F.S. 1963, Section 84; 351, F.S.A. (Now F.S. 1967, Section 713.35 F.S.A) and Cause Plaintiff Brooks Pain, Suffering Physical injury, head injury, and Emotional distress.

17). Upon being Housed at Santa Rosa Correctional Institution until filing this 42 § 1983

16

## VI. Continue Statement of Claims:

Civil Complaint. The defendant's warden R. Tifft, Secretary E. Stine, officer J. Demoret, officer S. knight, Sergeant R. Burch made false statements, Fabricated, and untruthful upon Documents, and reports in Violation of F.S. 1963, section 84, 351 F.S.A. (now F.S. 1967, Section 713.35. F.S.A.) and cause Plaintiff Brookins Pain, Suffering, Physical injury, head injury, and Emotional distress.

18) Upon being housed at Santa Rosa Correctional Institution until filing 42 § 1983 Civil Complaint upon information and belief evidence that warden R. Tifft, officer Lingo, Secretary E. Stine, classification R.F. Caldwell, lieutenant G.R. Byrd, officer J. Demoret, officer S. knight, Sergeant R. Burch all are Prison Superintendent's had knowledge of investigation into correctional officials and where and themselve failure to report truthful documents and reports. These Authorities had knowledge upon the Violation, but took no responsive action. Supported Conclusion that Supervisor was deliberately indifferent to substantial risk of Serious harm to Plaintiff, in Violation of Eighth Amendment C.S.C.A. Amend 8. and cause Plaintiff Brookins Pain, Suffering, Physical injury, head injury, Emotional distress, and imminent danger.

19) Upon November 19, 2011 until filing this 42 § 1983 Civil complaint. The defendant's officer J.W. Williams, officer L. Brennan, Nurse T. Evans are in Violation of official misconduct Contrary to Section 839.25 in connection with officials falsified, and caused another to falsify on Disciplinary Report and witness statement, by stating they witness Inmate Aaron Brookins #T23789, and Inmate Jean Saint Fleur #184873 Fighting and using (Yelling) Profanities.

20) Upon being Housed at Santa Rosa Correctional Institution until filing this 42 § 1983 Civil Complaint. The defendant's warden R. Tifft, officer Lingo, Secretary E. Stine, Classification R.F. Caldwell, lieutenant G.R. Byrd, officer J. Demoret all are in Violation of official misconduct Contrary to Section 839.25 in connection with officials falsified, and caused another to falsify Documents and Reports. These Authorities had knowledge upon the Violation, but

VI. Continue Statement OF Claims:

took no responsive action. Supported Conclusion that supervisor was deliberately indifferent to substantial risk of serious harm to Plaintiff, in Violation of Eighth Amendment U.S.C.A. Const. Amend 8. and Cause Plaintiff Brookins Pain, Suffering, Physical injury, head injury, Emotional distress, imminent danger.

21). 2011 upon being housed and station at Santa Rosa Corrections upon information and belief Plaintiff Brookins have been Physically attacked, Sexual Humiliated, Sexual assaulted, Harassed, Retaliated towards, written untruthful reports, Fabricated Disciplinary Reports, and placing Plaintiff life in imminent danger. By Santa Rosa Corrections Employees and agents (Warden R.Tifft, officer J.W.Williams, officer C.Brennan, Nurse T.Evans, officer Lingo, Secretary G.Stine, Officer J.Demoret, officer S.knight, sergeant R.Burch, and other officials) illegally Placing Plaintiff Brookins as a gang Member and Exposure that Plaintiff Brookins was Jailhouse Snitch, Upon information and belief Plaintiff Brookins written several complaints, grievance, request to Notified Authorities that he's not no gang member and in fear of his life by officials every documents Plaintiff Brookins filed to Authorities got shut down, denied, and ignored. Defendant's actions violated Plaintiff rights under the First, Fourth, Eighth, Amendment to the united States Constitution. Also Violation under Article 1, Section Two, Fifth, Ninth, Seventeenth, and twenty-one of the Florida Constitution, and Cause Plaintiff Brookins Pain, Suffering, Physical injury, head injury, imminent danger.

June 24, 2012

18

Aaron Brookins

## VII. ~~_____~~ Continue Relief Requested:

3). Nominal damages in amount of $1.00 against defendant, Jointly and severally.

4). A jury trial on all issues triable by jury.

5). Declaratory Judgement that each defendant Violated Plaintiff Constitutional Rights and requiring each defendant's to Submit a written apology admitting his/her role and guilt in the Violation of his constitutional Rights.

6). Plaintiff also seek recovery of costs in this suit.

7). Any additional relief this court deems just proper, and Equitable.

8. A Preliminary and permanent injunction ordering defendants to:

a). That the conduct of this official could result in Physical Confrontation, and or Physical injuries afflicted on my person.

b). Plaintiff will like to be Transfer to another close Management(CM) Facility to be safe, protected, and secured.

c). Plaintiff will like to be Transfer to another close Management(CM) Facility to be safe, protected, Secure without any personal or legal property being destroyed or misplace.

d). Plaintiff is in imminent danger and fear of his life upon still being Place (housed) at Santa Rosa Correctional Institution. On Authorities retaliate, Harass, Invasive Searches to Perform humiliation to retaliate against Plaintiff For filing this 42 §1983 Suit against Santa Rosa Employee's.

e). Plaintiff is/are in imminent danger and fear of his life because Plaintiff goes up to close Management two(CM2) review June to be housed with

19

## VII. Continue Relief Requested:

an unknown inmate that might be the one who harm him.

8). Plaintiff is in imminent danger and in fear of his life by filing this 42 31983 suit, Santa Rosa Employees will have him attack again, harass, sexual assaulted, Humiliated, Retaliate, write more Fabricated reports or Disciplinary reports, Place on strip, destory or misplace property and legal work or gas by chemical Agents.

9). Plaintiff is in imminent danger and in fear of his life because he was already notified by Santa Rosa Correctional Employee's if he file any more complaints, grievance or violations he will be punishlgus by Chemical Agents, ████ harass, Place on strip, all property misplace or destroyed, Place on a Management Meal loaf, written more fabricated, untruthful Disciplinary Reports, and retaliated towards, which there's no rules upon how they play, which Plaintiff is a Asthmatic, and have Episode of seizures, which Plaintiff fear and knows Santa Rosa Employees will not follow Medical Records, Policies, or rules thats govern by law to continue to cover up their wrong doing and more harm to Plaintiff.

████████████

b).A hearing should be ordered pursuant to §784.046 F.S. to ascertain the truth behind the allegation.

9. A Preliminary and Permanent injunction ordering defendant's and all Employee's to cease their retaliation, Harassment, Humiliation, other Violation, and wrong doing upon Neglect and have Plaintiff Transfer safely and secure.

10). Granting Plaintiff Brookins a declaration that the acts and omissions described herein violate his rights under the constitution and laws of the united states and Florida Constitution.

11). Plaintiff Brookins has no plain, adequate or complete remedy at law to redress the wrongs described herein, Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grant the declaratory, Tempory injunction, And A Temporary Restraining Order, and relief which Plaintiff seeks.

June 24, 2012                    20                    Rerron Brookins



## SWORN AFFIDAVIT

I, Brookins Aaron                 , being of legal age, make the
following statements and declare that, on my personal knowledge,
they are true.

At approximately around 2:30pm to 3:15pm on February 26,2011. I was house in
MSB Cell (Northwest Florida Reception Center) for Suicidual Watch. However, I was
treated unfairly,called names,harrass,threaten, and the Employee (Sergeant, nurse,
officer, Captian) who I don't know was suppose to be monitoring me at the time
Comes to the cell making threats telling me to make sure I cute deeper and just
kill myself,then he started banging on the window.Next thing I know my flap
was open and the Employee threw Cold water on me and called me a nigga
and said he'll be back to give me more. It was 30 degrees (cold) in
the cell I was in to be drowned with Cold water.

which I was going threw Mental Crisis, depression, frustration, stress and
even Suicidual thoughts. My 5 month old daughter and Father past away in
February. My other baby mother wrote me and told me she don't want me to
have anything to do with my son any more that's she moving on with her life.

However, I was born and have a history of significant behavior problems,
Autism, Aspergers Syndrome, Bipola disorder,and as being Psychotic. Ive been
Hospitalized several occasion for short durations. I have Mental illness
problems disorder, retardation,and Disable to foredtion at times. Also
learning disabilities Behavior disorder.I have Episode of Seizures.when
I was young, Asthma, and LBP. I am still in shock and fear of all
Department of Corrections Employee's...

I DECLARE UNDER THE PENALTY OF PERJURY, that I have read the forgoing document and the facts stated in it are true. Pursuent to Chp. 92.525 FS 1995. On __6-20-11__

723789

Affiant Signature

STATE OF FLORIDA

COUNTY OF _____

THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED BEFORE ME THIS _____ DAY OF

_____, 19____, BY _____

(Insert Name of Person Acknowledged)

WHO IS PERSONALLY KNOWN TO ME OR WHO HAS PRODUCED _____

_____ , AS IDENTIFICATION AND WHO (DID) (DID NOT) TAKE AN
(State Type of Identification)

OATH.

_____
·NOTARY PUBLIC

MY COMMISSION EXPIRES:

_____

_____
Signature of Affiant

(( Pleas  send Back  Copies ))

# GENERAL AFFIDAVIT

STATE OF FLORIDA
COUNTY OF SANTA ROSA

I, ___Carlos Ruiz___, do hereby swear that the following statement is true and correct and
made of my own free will, from my own personal knowledge and do hereby state the following:

On ___May 21___ 20 10, at approximately ___12:30___, am/(pm)
I was surprisingly attacked by my roommate, who was insti-
gated and paid by officers to do so because I had filed case
no. 2010 CA 000363 in the Leon County Court, exposing untold
abuses, cruelties, and even crimes committed against
defenseless inmates. Documented.

That day, I sustained severe head and bodily injuries, including
a back spinal fracture and a life threatening skull fracture
and since then the left side of my body, including my
butt, penis, testicle, stomach, and brain, is numb, and
no medical care -- all and everything has been covered up,
at all levels.

On 3/12 while in RMC, X-rays showed a fracture in my
spinal cord; then, the old cover up took hold again!
And not even the DOC inspector General nor the courts
itselves care about it -- they all are well informed
about my medical condition.

In Santa Rosa C.I., if an inmate file a grievance exposing
any abuse, he sure will see retaliation: bogus DRs,
chimical agents, strip status, daily harassment,
and what not.

I, Carlos Ruiz, have been approved for C.M.3 3 times

(1)

1 of 2

On 6/22/12 I was Gassed (spreaded with chimical agents) and placed on strip status for 3 days (property restriction: no mattress, no bedroll, no personal property, not nothing -- on my boxer shorts) only because I filed a Grievance, concerning CO Hall, who was down with the inmate orderly to deny me my supper tray -- CO Hall is the same one who instigated, and gave extra food, to the inmate who broke my rib on 1/3/12. See paragraph 6, above.

My food tray have been taken from me many times -- whole trays or part thereof. documented, and condoned, as everything else.

See paragraph 10 on page 2.

②

and 3 times I have been pushed back to c.m.1 on bogus DRs -- all is done with total impunity, for retaliation for my Grievances and court cases.

On 1/3/12, I was set up again, by officers, to be hurt, and I sustained a broken rib. On 1/5/12, 2 COs physically abused me, and I sustained a black eye and a broken nose -- documented.

Very regularly, some of my legal papers, during "cell searches" are stolen, destroyed, or scattered all over my room, mixed up together, and many personal items are stolen: Radio, sweat shorts, cosmetic... and whatnot.

See paragraph 8 and 9 on next page.

I am giving you here only the tip of the iceberg -- the whole thing will make a long book.

**UNDER PENALTIES OF PERJURY**, I declare that I have read the foregoing General Affidavit and the facts stated in it are true and correct in accordance with section 92.525, Florida Statue (2009).

Executed on this **23**rd day of _____June_____, 20 **10**.

Respectfully submitted by:

_Carlos Ruiz_
Affiant Signature

_Carlos Ruiz_
Printed Name                                    DC #

Santa Rosa Correction Institution
5850 East Milton Road
Milton, FL 32583-7914

## SWORN AFFIDAVIT

I, Aaron A. Brookins #T23789 , being of legal age, make the following statements and declare that, on my personal knowledge, they are true.

I have been incarcerated at Santa Rosa Correctional Institution since 2011. Since the day of my arrival, I have witness Florida Department of Corrections (Doc Employee's) Negligently harass, humiliate, and Retaliate towards inmates, I have witness Doc Employee's writing Fabricated Disciplinary reports, and untruthful witness statements. I have witness Doc Employee's invasive searches to perform humiliation, harassment, Retaliation against inmates for filing Grievance or any Complaints. I have witness Doc Employee's brutalize inmates Physically, mentally, and using profane language. I have witness Doc Employee's Performing illegal act towards inmates and writing Fabricated Disciplinary reports, and untruthful witness statements. I am a witness of everything, I Aaron Brookins #T23789 file to the courts on illegal at of Santa Rosa Corrections, cause I have been a Victim and knew other inmates who have been Victimize, and badly harm upon Information, and belief everything I have written above is the truth and My Affidavit on behalf of claim of Aaron Brookins #T23789

I Declare under Penalty of Perjury that the foregoing is True and Correct, Executed at Santa Rosa Correctional Institution.

Aaron Brookins

June 24, 2012

Aaron Brookins #T23789

UNITED STATES DISTRICT
COURT FOR THE NORTHERN
DISTRICT OF FLORIDA
PENSACOLA DIVISION


Brookins Aaron

V                                  DECLARATION

Warden R. Tifft, Et al.,

                                   Civil Action No: _____


I  Aaron Brookins          Hereby Declares:


I am a witness and Victim upon, Aaron Brookins, behalf of Claim.


I have been incarcerated at Santa Rosa Correctional Institution
since 2011. Since the day of my arrival, I have witness Florida
Department of Corrections (Doc Employee's) negligently Harass,
Humiliate, and Retaliate towards inmates, I have witness DOC
Employee's writing Fabricated ~~~~~~~ Disciplinary Reports, and untruthful
witness Statements. I have witness DOC Employee's invasive searches
to perform humiliation, harassment, Retaliation against inmates for
filing Grievance or complaints. I have witness Doc Employee's
brutalize inmates Physically, Mentally, and using Profane language.
I have witness Doc Employee's preforming illegal act towards inmates
and writing Fabricated Disciplinary Reports, and untruthful witness
Statements. I am a witness of Everything Aaron Brookins #T23789
file to the Courts on illegal act of Florida Department of Corrections,
Cause I have been a Victim and know other inmates who have
been Victimize, and badly harm. Upon information, and belief
Everything I have written above is the truth and My Affidavit on
behalf of Claim of Aaron Brookins #T23789


I Declare under Penalty of Perjury the the foregoing is True
and correct, Executed at Santa Rosa Correction Institution on

                                   Aaron Brookins
                                   Aaron Brookins

June 24, 2012
Date

# GENERAL AFFIDAVIT

STATE OF FLORIDA
COUNTY OF SANTA ROSA

I, Aaron Brookins , do hereby swear that the following statement is true and correct and made of my own free will, from my own personal knowledge and do hereby state the following:

On January 20, _____ 2012 at approximately Night Shift , am/pm

By me writing this witness statement of what, I, Aaron Brookins #T25789, seen an officer's do under illegal at will Not Proform any invasive searches, Humiliation, Harassment or any Retaliation towards Me against any of Florida Department of Corrections (Employee's) or Fabricated Disciplinary Reports or place on strip, playing with my incoming or out going mail or start receiving threats of reprisal for me participation in this witness statement from no Subordinates or any High rank of Florida Department of Corrections Employee's.

Nurse was serving Medication and officer claim inmate in cell 3105 was Masterbating which No inmate wasn't on the door cause I was brushing my teeth. Officer had a problem with him and just written a Fabricated report because he had a dispute and issue. However, the Nurse said she Never seen him do anything, which I see on a daily Basis officer been writing Fabricated reports. Then he was place on a loaf for no reason.

January 23, 2012 I sign an written statement for this inmate who is still in the same cell B3105.

Under Penalties of Perjury, I declare that I have read the foregoing General Affidavit and the facts stated in it are true and correct in accordance with section 92525, Florida Statue Executed on this January 23, 2012.

Respectfully Submitted by:

/S/ Aaron Brookins

Aaron Brookins # T25789

Santa Rosa Correctional Institution
5850 East Milton Road
Milton, Florida 32583-7914

# GENERAL AFFIDAVIT

STATE OF FLORIDA
COUNTY OF SANTA ROSA

I, Aaron Brookins ___ , do hereby swear that the following statement is true and correct and made of my own free will, from my own personal knowledge and do hereby state the following:

On January 11, 2012 ___ 20 ___ at approximately Night Shift ___ , am/pm

By me writing this witness statement of what, I, Aaron Brookins # T23789, seen can officer's do under illegal at will not Proform any invasive searches, Humillation, Harassment or any Retaliation towards me against any of Florida Department of Corrections (Employee's) or Fabricated Disciplinary Reports or place on strip, playing with my incoming or out going Mail, or start receiving threats of reprisal for me participation in this witness statement from No Subordinates or any High rank of Florida Department of Corrections Employee's. ~~I~~

I was pacing around in my cell and I Notice officer's Smith and SGt. Parter inter 3107 inmate ___ Cell and I observed both Employee's start destroying ~~inmate~~ inmate ___ Cell ripping up the inmate Matt. And ~~they~~ threw it outside the cell and Started Packing the inmate property. ___

That's all I seen and they walked away ___

Under Penalties of PerJury, I declare that I have read the foregoing General Affidavit and the facts stated in it are true and correct in accordance with Section 92.525, Florida Statue. Executed on this 11, day of January, 2012. ___

Respectfully Submitted by: ___

/S/ Aaron Brookins
Aaron Brookins # T23789
Santa Rosa Correctional Institution
5350 East Milton Road
Milton, Florida 32583-7914

## SWORN AFFIDAVIT

I, Aaron Brodkins , being of legal age, make the following statements and declare that, on my personal knowledge, they are true.

I am a witness and victim upon behalf of claim. I have been incarcerated at Santa Rosa Correctional Institution since 2011. Since the day of my arrival, I have witness Florida Department of corrections (Doc Employee's) negligently Harass, humiliate, and Retaliate towards inmates, I have witness Doc employee's writing Fabricated Disciplinary Reports, and untruthful witness statements. I have witness Doc Employee's invasive searches to perform Humiliation, harassment, Retaliation against inmates for filing Grievance or any other complaints. I have witness Doc Employee's brutalize inmates Physically, Mentally, and using Profane language. I have witness Doc employee's proforming illegal act towards inmates and writing Fabricated Disciplinary Reports, and untruthful witness statements. I am a witness of Everything Aaron Brodkins # T83789 file to the courts on illegal at of Santa Rosa correctional Institution, cause I have been a victim and know other inmates who have been victimize, and badly harm. Upon information, and belief every thing I have written about is the truth and my Affidavit on behalf of claim of Aaron Brodkins # T83789.

I Declare under Penalty of Perjury that the foregoing is True and Correct, Executed at Santa Rosa Correctional Institution on:
June 7, 2012                     Aaron Brodkins
                                 Aaron Brodkins

U.S POSTAGE ≫ PITNEY BOWES

ZIP 32583 $ 002.30⁰
02 1W
0001370476 JUN 25 2012

MAILED FROM
A STATE CORRECTIONAL
INSTITUTION

Acton Bradkins #T035789
Santa Rosa Correctional Institution
5850 East Milton Road
Milton, Florida 32583-7914

CLERK, U.S. District Court
1 North Palafox Street, Room 226
Pensacola, FL 32502-5658