IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

AARON BROOKINS, #T237789
    Plaintiff,

vs.                                    Case No.: 3:12cv318/RV/EMT

WARDEN R. TIFFT, et al.,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 1, 2012 (doc. 8). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and the timely filed objections thereto (Doc. 11), I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as malicious, or alternatively, pursuant to 28 U.S.C. § 1915(g) for the reasons set forth in the magistrate judges report and recommendation.

**DONE AND ORDERED** this 21st day of August, 2012.

                                              /s/ *Roger Vinson*
                                              **ROGER VINSON**
                                              **SENIOR UNITED STATES DISTRICT JUDGE**